UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-00458-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. JEFFREY HARRIS,
2. LOUANN SAVALA,
3. **MANIKHONE SAIGNAPHONE,
    a/k/a "Mani" Saignaphone**,
4. MANIVONE SAIGNAPHONE,
    a/k/a "Mindy" Saignaphone,
5. ANNALISA WHITTAKER,
6. PHONSAVATH SENETHONG,

        Defendants.

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

THIS MATTER comes before the Court following the filing of an Amended Notice of Disposition **(#162)** on August 10, 2009, by Defendant Manikhone Saignaphone. The Court construes this Notice as a motion to change his/her plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1. Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2. A Change of Plea hearing is set for **December 1, 2009,** at **2:30 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A.

Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3. The final trial preparation conference set for August 21, 2009, and the September 14, 2009, trial date are **VACATED** as to Defendant Manikhone Saignaphone.

DATED this 13th day of August, 2009.

BY THE COURT:

Marcia S. Krieger
United States District Judge

---

[1] In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*