IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 08-cr-00457-MSK
08-cr-00458-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MANIKHONE SAIGNAPHONE,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY DAVID M. EBEL

    The Sentencing Hearing scheduled for November 22, 2010, at 11:00 a.m. is <u>rescheduled</u> to **November 23, 2010, at 11:00 a.m.** The hearing will take place before Judge David M. Ebel in the Byron G. Rogers U.S. District Courthouse, Courtroom C202, 1929, Stout Street.

    DATED:    September 14, 2010