**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE DAVID M. EBEL**

Courtroom Deputy: Kathleen Finney           Date:  November 23, 2010
Court Reporter: Kara Spitler
Probation Officer: Lisa Pence

Criminal Action No.  08-cr-00458-MSK-3

*Parties:*                                  *Counsel:*

UNITED STATES OF AMERICA,                   Tim Neff

    Plaintiff,

v.

MANIKHONE SAIGNAPHONE,                      Martha Eskesen

    Defendant.

## SENTENCING MINUTES

**11:32 a.m.   Court in session.**

Court calls case.  Appearances of counsel.  Defendant present on bond.

**Change of Plea Hearing:** August 23, 2010.

**Defendant pled guilty to Count 20 of the Indictment in Case No. 08-cr-00458.**

Defendant sworn.

Parties received and reviewed the presentence report, addendum, and second addendum.

The Court addresses pending motions: Government's Motion for Sentencing

Reduction Pursuant to U.S.S.G. § 5k1.1 [Doc. No. 350, filed 11/09/2010]; and Defendant's Sentencing Memorandum and Request for Downward Variance [Doc. No. 351, filed 11/10/2010].

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:**

- Government's Motion for Sentencing Reduction [Doc. 350] is **GRANTED**.

- Defendant's Sentencing Memorandum and Request for Downward Variance [Doc. 351] is **GRANTED in part**.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count 20 to a term of imprisonment of 26 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of 3 years.

**Conditions of supervised release (or) probation:**
- (X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X) Defendant shall not commit another federal, state or local crime.
- (X) Defendant shall not possess a firearm or destructive device.
- (X) Defendant shall comply with the standard conditions adopted by the Court.
- (X) Defendant shall not illegally possess controlled substances.
- (X) Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are waived because the Presentence Report indicates a low risk of future substance abuse by defendant.
- (X) Defendant shall cooperate in the collection of DNA as directed by the probation officer.

**Special conditions of supervised release:**
- (X) Defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer unless defendant is in compliance with the installment payment schedule.
- (X) Defendant shall provide the probation officer with access to any requested financial information.
- (X) Defendant shall work with the probation officer in the development of a monthly budget which shall be reviewed with the probation officer quarterly.
- (X) Defendant shall apply any monies received from income tax refunds, lottery winnings, inheritance, judgments or other unanticipated or unexpected financial gains to the outstanding Court-ordered financial obligations in this case.
- (X) Defendant shall obtain approved employment and provide a verified means of income. If she is employed, the defendant will provide permission for the probation officer to contact the defendant's employer to discuss any and all aspects of her employment and the instant offense at any time.
- (X) If defendant is eligible for disability income, defendant shall provide permission for the probation officer to verify this income and have contact with the Department of Social Services as well as any doctor associated with defendant's claim.
- (X) As directed by the probation officer, defendant shall complete a personal financial management / debtor education program and a credit counseling program. Defendant shall participate in programs endorsed by the United States Trustee Program of the U.S. Department of Justice.
- (X) Defendant shall make payment on the restitution obligation that remains unpaid at the commencement of supervised release.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**RESTITUTION:**
Restitution obligations in the amounts of $51,481.65 and $172,806 are to be paid immediately to the Clerk of the U.S. District Court, at Alfred A. Arraj Courthouse, 901 19th Street, Denver, Colorado 80294-3589 for distribution to the payees, Colorado Department of Revenue and Internal Revenue Service, as follows:

(1) $51,481.65 to the Colorado Department of Revenue, Criminal Tax Enforcement Section, 1375 Sherman Street, Room 601 Denver, Colorado 80261, Re: Manikhone Saignaphone.

(2)     $172,806 to IRS-RACS, Attn: Mail Stop 6261, Restitution, Re: Manikhone Saignaphone, 333 W. Pershing Ave., Kansas City, MO 64108.

Any unpaid restitution, upon release from incarceration, shall be paid in monthly installments during the term of supervised release.  The monthly installment payments will be calculated as at least 10 % of the defendant's gross monthly wages.

Interest on restitution is waived.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**     A complete corrected copy of the presentence report shall be prepared for the Bureau of Prisons and United States Sentencing Commission.

**ORDERED:**     Any copies of the presentence report and the addendums shall remain confidential according to the practice of the Court. Counsel will be permitted access to the report if an appeal is taken.

**ORDERED:**     Defendant shall surrender to the facility designated by the United States Bureau of Prisons before noon on **February 14, 2011.**

**ORDERED:**     Bond is continued.

**12:52 p.m.   Court in recess.**
Hearing concluded.
Total in-court time:  01:20